UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO VILLA,<br><br>           Plaintiff,<br><br>      v.<br><br>A. MARTINEZ, et al.,<br><br>           Defendants. | **1:17-cv-00070 GSA PC**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF IFP APPLICATION** |

Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed an application to proceed in forma pauperis or paid the $400.00 filing fee for this action. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file the application to proceed in forma pauperis or pay the $400.00 filing fee in full; and

3. Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

   Dated:   **January 20, 2017**                    **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE